# EXHIBIT A

Lacy Price & Wagner, P.C.
*Attorneys & Counselors at Law*
249 North Peters Road, Suite 101
Knoxville, Tennessee 37923
(865) 246-0800

Melodie Decker

Page: 1
November 04, 2013
**File No:** DECKER-12126M
**Statement No:** 3576

Decker v. Subway

**STATEMENT**

### Professional Services Rendered

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/08/2012 | JHP | Meeting with Melodie Decker, etc.; Conference with Allen McDonald. | 2.40 |
| | WAM | Conference with Jim Price. | 0.40 |
| 10/09/2012 | WAM | Attention to documents on pay cuts. | 0.30 |
| 10/16/2012 | WAM | Conference with Ms. Decker; Ms. Hansuld and Jim Price; Post-meeting conference with Jim Price and Michael Franz. | 1.70 |
| | MRF | Legal research on Subway entities. | 1.20 |
| | JHP | Meeting with Melodie and Lanae; Conference with Allen McDonald and Michael Franz. | 1.70 |
| 10/17/2012 | MRF | Legal research re: Subway entities, real property ownership; Review payroll records. | 2.30 |
| | MRF | Property tax records research through county trustee's offices. | 0.90 |
| 10/18/2012 | WAM | Legal research re: FLSA collective cases, Tennessee Unjust Enrichment class action; Attention to Complaint. | 3.50 |
| | MRF | Work on federal causes of action; Research on state law causes of action. | 1.20 |
| | MRF | Legal research on Defendants; Research on FLSA collective actions; Discussion with Allen McDonald re: Complaint; Review sample complaints; Review FLSA cases in PACER; Draft Complaint; Discussion with Allen McDonald and Jim Price re: facts. | 5.70 |
| | MRF | Continue drafting Complaint. | 0.50 |
| 10/19/2012 | WAM | Receipt and review of additional documents; Conference with Michael Franz. | 0.50 |
| | MRF | Discussion with Allen McDonald re: factual allegations. | 0.20 |
| | MRF | Draft Complaint; Review notes; Discussion with Allen McDonald; Draft Complaint. | 2.60 |

Melodie Decker

Decker v. Subway

Page: 2
November 04, 2013
File No:  DECKER-12126M
Statement No:        3576

|  |  |  | Hours |
|---|---|---|---|
|  | JHP | Receipt and review new documents from Melodie; Reviewed documents with Allen McDonald. | 1.50 |
| 10/22/2012 | WAM | Review and edit Complaint; Conference with Jim Price and Michael Franz; Research conversion. | 1.50 |
|  | MRF | Draft Complaint; Discussion with Allen McDonald and Jim Price re: Complaint; Revise Complaint; Research on Subway locations; Research on Defendant entities; Discuss Complaint with Jim Price; Research on civil conspiracy, conversion causes of action; Discuss Complaint with Allen McDonald. | 7.50 |
|  | JHP | Revise Complaint; Conference with Allen McDonald; Conference with Michael Franz. | 0.80 |
| 10/23/2012 | MRF | Online research on John Boike and Randall Lowe. | 0.80 |
|  | MRF | Legal research re: conversion, civil conspiracy and punitive damages; Revise Complaint; Discussion with Allen McDonald; Review notes from Client meeting. | 3.20 |
| 10/24/2012 | MRF | Discussion with Jim Price re: Complaint; Research on OSHA, state law, and workplace safety legislation; Revise Complaint. | 2.00 |
| 10/25/2012 | WAM | Conference with Jim Price and Michael Franz; Attention to Civil cover sheet and finalizing Complaint. | 0.70 |
|  | MRF | Meeting with Jim Price and Allen McDonald to discuss final complaint; Revise complaint; Research on FLSA cases; Review and organization of payroll records; Research Subway locations. | 3.10 |
|  | JHP | Meeting with Melodie re: revised complaint; Work on revising complaint; Conference with Allen McDonald and Michael Franz re: revising complaint; Meeting with Melodie Decker; Telephone conference with Cydnee Harrell. | 2.70 |
| 10/29/2012 | MRF | Legal research on summons, service of process and e-filing in Federal Court; Discussion with Allen McDonald; Prepare Complaint for filing. | 1.10 |
|  | WAM | Attention to Complaint and Civil Cover Sheet and Subpoenas; File in Federal Court. | 2.50 |
|  | JHP | Telephone conference with Melodie Decker; Revise Complaint; Conference with Allen McDonald and Michael Franz re: filing of complaint, service issue and discovery planning. | 0.90 |
| 10/30/2012 | MRF | Work on engagement letters; Research on contingency fees; Discussion with Allen McDonald re: filing of Complaint. | 0.50 |
|  | JHP | Telephone conference with Melodie Decker; Receipt and review notice of filing, etc. from Court. | 0.60 |
| 11/02/2012 | WAM | Communication with Client; Telephone conference with Ms. Decker; Conference with Michael Franz. | 0.40 |
|  | MRF | Legal research on Subway locations. | 0.60 |

Melodie Decker

Decker v. Subway

Page: 3
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/05/2012 | MRF | Research on Subway locations. | 0.80 |
| 11/06/2012 | WAM | Telephone conference with Ms. Decker re: Kim and Cydnee quitting because hours have been cut by new manager. | 0.30 |
| 11/14/2012 | WAM | Conference with Jim Price; Review summaries of hours from Defense counsel; Research re: FLSA claim for gap pay and options. | 1.40 |
| | MRF | Legal research on FLSA actions, minimum wage, "gap time" pay; Review payroll summaries. | 2.50 |
| | JHP | Telephone conference with Atty. Utter; Conference with Allen McDonald and Michael Franz; Receipt and review of documents from Atty. Utter; Telephone conference with Melodie Decker. | 0.80 |
| 11/15/2012 | WAM | Review and analyze summaries re: overtime and minimum wage claim. | 1.50 |
| | MRF | Legal research on FLSA; Research on federal question jurisdiction, supplemental jurisdiction and Class Action Fairness Act. | 1.30 |
| 11/16/2012 | MRF | Meeting with Melodie Decker; Discuss legal research with Allen McDonald. | 1.90 |
| | WAM | Conference with Ms. Decker, Jim Price and Michael Franz; Post-conference discussion with Jim Price re: settlement strategy. | 1.70 |
| | JHP | Meeting with Melodie Decker; Conference with Allen McDonald. | 1.70 |
| 11/19/2012 | WAM | Conference with Jim Price; Conference with Jim Price and Michael Franz. | 1.40 |
| | MRF | Discussion regarding FLSA claims; Possible state court refiling. | 0.20 |
| | REL | Meeting with Jim Price re: class issues of settlement terms. | 0.40 |
| | JHP | Telephone conference with Melodie Decker; Conference with Allen McDonald; Conference with Ray Lacy. | 0.90 |
| 11/20/2012 | MRF | Review cases on FLSA straight time compensation; Discussion with Allen McDonald. | 0.70 |
| | WAM | Conference with Jim Price; Attention to FLSA issue; Attention to settlement issues; Receipt and review of Motion and Memo. | 1.50 |
| | JHP | Conference with Allen McDonald. | 0.30 |
| 11/21/2012 | WAM | Attention to issue of state court vs. federal court; Conference with Jim Price re: settlement strategy; Telephone conference with Atty. Utter and Jim Price. | 1.50 |
| | MRF | Legal research on 1994 Krystal Company FLSA suits; Discussion with Jim Price and Allen McDonald. | 0.60 |
| | JHP | Conference with Allen McDonald; Telephone conference with Atty. Utter and Allen McDonald. | 1.10 |
| 11/28/2012 | WAM | Conference with Client and Jim Price; Conference with Jim Price and Michael Franz. | 0.70 |

Melodie Decker

Decker v. Subway

Page: 4
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| | MRF | Review letter from opposing counsel; Discussion with Jim Price and Allen McDonald. | 0.60 |
| | JHP | Telephone conference with Melodie Decker; Meeting with Melodie Decker. | 0.70 |
| 11/29/2012 | WAM | Draft letter to Atty. Utter. | 0.40 |
| | MRF | Review letter in response to settlement negotiations; Discussion with Allen McDonald. | 0.30 |
| 11/30/2012 | MRF | Review letter to opposing counsel. | 0.20 |
| 12/04/2012 | WAM | Conference with Jim Price re: motion to dismiss and response. | 0.30 |
| | MRF | Review Motion to Dismiss ad Memorandum of Law in Support filed by Defendants; Check service of process; Return receipt for John Boike. | 0.60 |
| | JHP | Conference with Melodie Decker; Conference with Allen McDonald re: motion to dismiss response. | 1.10 |
| 12/05/2012 | WAM | Conference with Jim Price; Attention to letter to Atty. Utter. | 0.60 |
| | JHP | Conference with Melodie Decker; Revise letter to Atty. Utter; Conference with Allen McDonald; Revise letter to Atty. Utter. | 0.80 |
| 12/07/2012 | WAM | Conference with Jim Price; Attention to whether to maintain FLSA claim; Telephone conference with Atty. Utter; Attention to Motion to Extend Deadlines. | 0.70 |
| | MRF | Compare Defendants' payroll-summary documents to actual Subway payroll records; Draft/file Joint Motion for Extended Briefing Schedule; Research on E.D.T.N. local filing/motion practice rules; Emails to opposing counsel. | 3.80 |
| | JHP | Conference with Allen McDonald; Revise Motion. | 0.50 |
| 12/10/2012 | MRF | File Joint Motion; Email to opposing counsel. | 0.40 |
| 12/14/2012 | WAM | Conference with Jim Price. | 0.30 |
| | MRF | Review Order granting Motion for Extension; Discussion with Allen McDonald. | 0.60 |
| | JHP | Receipt and review of Order from Court; Telephone conference with Atty. Utter; Conference with Allen McDonald; Telephone conference with Melodie Decker; Memo to file. | 0.90 |
| 12/17/2012 | JHP | Telephone conference with Melodie Decker and others; Conference with Allen McDonald. | 0.90 |
| 12/18/2012 | WAM | Conference with Jim Price (x2); Extended conference re: settlement negotiations. | 1.20 |
| | MRF | Compile detailed explanation of sampling of FLSA minimum wage and overtime claims; Discussion with Allen McDonald. | 0.90 |

Page: 5
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

Melodie Decker

Decker v. Subway

| Date | Atty | Description | Hours |
|---|---|---|---|
| | REL | Meeting with Jim Price and discussion re: settlement aspects. | 0.40 |
| | JHP | Multiple conferences with Allen McDonald. | 1.20 |
| 12/19/2012 | JHP | Telephone conference with Atty. Utter. | 0.30 |
| 12/21/2012 | JHP | Work on settlement. | 0.50 |
| 12/26/2012 | WAM | Conference with Jim Price re: settlement, counter-offer and counter-demand. (x2) | 0.30 |
| | JHP | Telephone conference with Atty. Utter; Conference with Allen McDonald; Meeting with Melodie; Telephone conference with Allen McDonald; Telephone call to Atty. Utter - left message. | 1.70 |
| 12/27/2012 | JHP | Telephone conference with Atty. Utter. | 0.20 |
| 12/31/2012 | WAM | Conference with Jim Price and Michael Franz; Attention to Amended Complaint and response to Motion | 0.80 |
| | MRF | Draft Amended Complaint; Review Motion to Dismiss; Draft Response to Motion to Dismiss; Draft Motion to Amend. | 2.60 |
| 01/02/2013 | MRF | Complete drafting of Response to Defendants' Motion to Dismiss and Plaintiff's Motion to Amend. | 0.50 |
| 01/03/2013 | JHP | Revise amended Complaint; Revise Motions; Telephone call to Atty. Utter, left message; Email to Atty. Utter, Telephone conference with client. | 1.60 |
| 01/04/2013 | MRF | Discuss case with Allen McDonald and Jim Price; Revise and e-file Amended Complaint and Response to Motion to Dismiss; Draft and e-file Unopposed Motion to Amend Complaint. | 2.10 |
| | WAM | Two (2) conferences with Jim Price and Michael Franz re: amended complaint, motion to amend and response to motion; Review draft pleadings. | 1.00 |
| | JHP | Multiple conferences with Allen McDonald and Michael Franz. | 0.60 |
| 01/07/2013 | WAM | Communication with Court re: Motion and Amended Complaint. | 0.30 |
| 01/08/2013 | WAM | Telephone conference with Ms. Hansuld; Communication with Jim Price re: withdrawal of Defendants' Motion. | 0.50 |
| | JHP | Conference with Allen McDonald. | 0.20 |
| 01/09/2013 | WAM | Conference with Jim Price (x2); Attention to simultaneous actions. | 0.70 |
| | MRF | Research on FRCP 16 and 26 timing; Discuss case with Jim Price and Allen McDonald.; | 0.30 |
| | JHP | Discussions with Allen McDonald and Michael Franz. | 0.30 |
| 01/15/2013 | JHP | Telephone call to Atty. Utter; Call from Atty. Utter; Call to Atty. Utter. | 0.30 |
| 01/16/2013 | JHP | Telephone conference with Melodie Decker. | 0.70 |

Melodie Decker

Decker v. Subway

Page: 6
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/17/2013 | JHP | Telephone conference with Atty. Rickman. | 0.20 |
| 01/18/2013 | JHP | Conference with Melodie Decker. | 0.20 |
| 01/21/2013 | REL | Discussion with Jim Price re: settlement issues. | 0.30 |
| | MRF | Meeting with Bob Perry and Brenda Gibbs; Research on Seymour Subway location (online)p; Research on Brenda Gibbs (online); Discuss case with Jim Price and Allen McDonald; Research Board of Professional Responsibility ethics opinions; Conflict of interest research. | 5.00 |
| | WAM | Telephone conference with Bob Perry and Ms. Gibbs with Jim Price; Extended office conference with Mr. Perry and Ms. Gibbs; Research ethics rules re: conversations with former employee of adverse party and possible conflict with representing Ms. Gibbs. | 3.80 |
| | JHP | Telephone conference with Bob Perry; Meeting with Bob Perry and Brenda Gibbs; Conference with Allen McDonald and Michael Franz; Telephone conference with Atty. Rickman; Conference with Ray Lacy. | 4.80 |
| 01/22/2013 | WAM | Telephone conference with Mr. Vick from Board of Professional Responsibility; Conference with Jim Price; Rule 26 conference with Jim Price and Atty. Utter; Conference with Jim Price re: filing state law case and other strategy issues; Review PACER for case with Federal and State cases pending simultaneously. | 1.50 |
| | MRF | Research on Rule 26(f) Reports for class action cases; Discuss Rule 26(f) Report with Allen McDonald. | 2.00 |
| | JHP | Telephone conference with Melodie Decker; Prepare for Rule 26(f) meeting; Telephone conference with Atty. Rickman; Conduct Rule 26(f) meeting; Conference with Allen McDonald; Telephone conference with Atty. Tallent; Telephone conference with Melodie Decker; Work on 26(f) report. | 3.20 |
| 01/23/2013 | WAM | Conference with Jim Price, including extended call with John Winters. | 2.20 |
| | JHP | Multiple telephone conferences with Atty. Rickman. | 1.10 |
| | JHP | Conference with Atty. John Winters; Conference with Allen McDonald. | 2.20 |
| 01/24/2013 | WAM | Conference with Jim Price; Conference with Court Clerk; Conference with Michael Franz and Jim Price re: Amended Complaint; Telephone call to Bill Deane re: expert witness services-traded phone calls. | 1.00 |
| | MRF | Review Order; Revise and e-file Amended Complaint. | 0.40 |
| | JHP | Telephone conference with Atty. Rickman. | 0.20 |
| 01/25/2013 | MRF | Prepare 26(f) report and discovery plan; Discussion with Jim Price. | 1.80 |
| 01/28/2013 | MRF | Draft 26(f) report. | 0.20 |
| 01/29/2013 | WAM | Attention to consent forms. | 0.30 |

Melodie Decker

Decker v. Subway

Page: 7
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| | JHP | Telephone conference with Atty. Rickman. | 0.50 |
| 01/30/2013 | WAM | Research need for consent for all plaintiffs. | 0.50 |
| 01/31/2013 | MRF | Discuss Amended Complaint, Motion to Amend and Response to Motion to Dismiss with Jim Price; Revise documents for filing. | 0.70 |
| | WAM | Examine 29 USC Section 216(B); Review consent forms in the other cases. | 0.40 |
| | JHP | Conference with Michael Franz. | 0.20 |
| 02/01/2013 | WAM | Research consents under 29 USC 216 and tolling; Conference with Jim Price and Michael Franz. | 1.00 |
| | JHP | Work on consents for plaintiff; Telephone conference with Atty. Rickman. | 1.70 |
| 02/04/2013 | JHP | Meeting with Melodie Decker to review consents and organize execution. | 0.70 |
| 02/06/2013 | JHP | Meeting with Melodie Decker re: consent. | 0.50 |
| 02/07/2013 | JHP | Receipt and review of Answer. | 0.60 |
| 02/08/2013 | JHP | Telephone conference with Atty. Rickman. | 0.80 |
| 02/19/2013 | JHP | Receipt and review of Notice of Visiting Judges; Telephone conference with Atty. Rickman. | 0.30 |
| 02/28/2013 | MRF | Review case file and documents in PACER. | 0.30 |
| 03/20/2013 | MRF | Discuss Gibbs unemployment hearing with Allen McDonald; Prepare memorandum to Jim Price. | 1.20 |
| | WAM | Conference with Jim Price re: Brenda Gibbs; Conference with Michael Franz re: Jim Price memorandum. | 0.50 |
| | JHP | Telephone conference with Atty. Rickman; Conference with Allen McDonald. | 0.90 |
| 03/21/2013 | WAM | Conference with Michael Franz re: memorandum and work on same; Review notes and pleadings from file; Conference with Atty. Rickman and Ms. Gibbs; Follow up conference with Jim Price re: Ms. Gibbs version of events and strategy issues. | 4.50 |
| | JHP | Conference with Allen McDonald re: meeting with Brenda Gibbs and her son, Justin Suttles, etc. | 0.90 |
| | MRF | Meeting with Allen McDonald to review memorandum; Revise and supplement memorandum per conference with Allen McDonald. | 1.60 |
| 03/22/2013 | JHP | Meeting with Atty. Rickman and Brenda Gibbs; Conference with Allen McDonald. | 3.90 |
| | WAM | Conference at Atty. Rickman's office re: Brenda Gibbs; Draft Disclosure of Justin Suttles; Conference with Jim Price. | 4.00 |
| 03/26/2013 | JHP | Telephone conference with Atty. Rickman. | 0.40 |

Melodie Decker

Decker v. Subway

Page: 8
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| | | | Hours |
|---|---|---|---|
| 04/01/2013 | JHP | Telephone conference with Atty. Rickman; Conference with Allen McDonald. | 0.90 |
| 04/02/2013 | WAM | Conference with Atty. Rickman; Finalize declaration and Affidavit for Mr. Suttles. | 0.80 |
| 04/22/2013 | WAM | Conference with Jim Price; Conference with Melodie Decker, Lanae Hansuld, Cyndee Harrell and Katie Trentham; Follow up with Jim Price. | 2.30 |
| | MRF | Research online social media for information on Brenda Gibbs; Discuss with Jim Price and Allen McDonald; Create database of Lowe/Boike location, information; Research online; Call Subway locations to find names of local managers. | 4.00 |
| | JHP | Prepare for and attend meeting with clients, Conference with Allen McDonald and Michael Franz re: continued discovery and planning. | 3.20 |
| 04/24/2013 | WAM | Communication with Jim Price re: negotiations and strategy. | 0.40 |
| | JHP | Telephone conference with Atty. Rickman. | 0.50 |
| 05/02/2013 | JHP | Conference with Atty. Rickman. | 0.40 |
| 05/03/2013 | WAM | Telephone conference with Bill Deane re: expert services. | 0.20 |
| | WAM | Attention to obtaining audio transcript; Telephone conference with Department of Labor; Receipt and review of unemployment decision; Draft letter. | 0.80 |
| | JHP | Work on discovery planning. | 0.50 |
| 05/08/2013 | JHP | Telephone conference with Atty. Rickman. | 0.40 |
| 05/14/2013 | WAM | Conference with Jim Price; Telephone conference with Department of Labor re: audio recording; Follow up conference with Jim Price. | 0.40 |
| | JHP | Telephone conference with Atty. Rickman (x2). | 0.60 |
| | JHP | Received audio transcript of Brenda Gibbs employment hearing; Telephone conference with Melodie Decker. | 0.70 |
| 05/20/2013 | WAM | Conference with Jim Price (x2). | 1.00 |
| | JHP | Telephone conference with Melodie Decker; Reviewed transcript of Gibbs unemployment hearing, etc.: Multiple conferences with Allen McDonald. | 2.00 |
| 05/21/2013 | JHP | Telephone conference with Melodie Decker. | 0.20 |
| 05/22/2013 | WAM | Two (2) Office conferences with Jim Price and clients; Attention to discovery; Review rule 26. | 1.80 |
| | JHP | Meetings with Plaintiffs to review testimony, etc. | 3.50 |
| | JHP | Conference with Allen McDonald re: discovery issues. | 0.80 |
| 05/23/2013 | WAM | Attention to Discovery; Extended conference with Michael Franz | 2.10 |

Melodie Decker

Decker v. Subway

Page: 9
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| | MRF | Begin preparing discovery; Discussion with Allen McDonald. | 1.70 |
| 05/24/2013 | MRF | Listen to audio of Gibbs unemployment appeal hearing; Discuss discovery with Allen McDonald; Review file. | 1.20 |
| | MRF | Begin drafting discovery. | 0.60 |
| 05/28/2013 | JHP | Telephone conference with Kim; Telephone conference with Shannon. | 0.40 |
| 05/29/2013 | JHP | Meeting with Shannon Roberts. | 1.30 |
| 05/30/2013 | MRF | Telephone conference with Jim Price; Emails to Jim Price re: Rules of Professional Conduct 4.4 and related material. | 0.40 |
| | JHP | Conference with Ray Lacy; Telephone conference with Board of Professional Responsibility, James Vick; Telephone conference with Atty. Rickman; Conference with Michael Franz. | 1.30 |
| | REL | Conference with Jim Price re: ethical issues in settlement discussions. | 0.40 |
| 05/31/2013 | MRF | Draft First Set of Combined Discovery to Defendants. | 4.70 |
| | JHP | Meeting with Kim Ross. | 0.80 |
| 06/03/2013 | WAM | Communication with Atty. Rickman. | 0.20 |
| 06/14/2013 | WAM | Conference with Atty. Rickman and Jim Price re: other Subway locations; Conference with Jim Price re: strategy and next steps. | 0.60 |
| | JHP | Conference with Atty. Rickman; Telephone conference with Brenda Gibbs; Conference with Allen McDonald re: additional plaintiffs. | 1.60 |
| 06/17/2013 | JHP | Telephone conference with Atty. Rickman. | 0.30 |
| 06/18/2013 | WAM | Conference with Jim Price re: new information regarding other stores, ethical issues involved with negotiations and discussion re: next steps. | 0.60 |
| | JHP | Conference with Atty. Rickman re: additional witnesses, employee handbook, etc. | 0.70 |
| | JHP | Telephone conference with Margo; Telephone conference with Brenda Gibbs. | 0.90 |
| | JHP | Conference with Allen McDonald re: additional stores and ethical issues. | 0.60 |
| 06/19/2013 | JHP | Telephone conference with Brenda Gibbs. | 0.20 |
| 06/24/2013 | WAM | Review Supreme Court decision on collective actions and offers of judgment; Conference with Michael Franz and Jim Price re: certification and new witnesses. | 1.30 |
| | MRF | Review Genesis Healthcare v. Symczyk; Discussion with Allen McDonald. | 0.60 |
| | JHP | Telephone conference with Brenda Gibbs. | 0.60 |

Melodie Decker

Decker v. Subway

Page: 10
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/25/2013 | MRF | Review Munoz case (CA); Review recent articles on Subway Fair Labor Standards Act actions; Research on collective action certification requirements and motions for certification; Discuss with Allen McDonald. | 1.80 |
|  | WAM | Conference with Michael Franz. | 0.30 |
| 06/27/2013 | MRF | Conference call with Brenda Gibbs, Jim Price and Allen McDonald. | 0.30 |
|  | WAM | Telephone conference with Ms. Gibbs. | 0.30 |
|  | JHP | Telephone conference with Brenda Gibbs; Telephone conference with Atty. Rickman. | 0.70 |
| 07/05/2013 | JHP | Telephone conference with Brenda; Telephone conference with Atty. Rickman. | 0.50 |
| 07/08/2013 | JHP | Telephone conference with Brenda Gibbs; Telephone conference with Atty. Rickman. | 0.60 |
| 07/12/2013 | WAM | Conference with Jim Price (x2). | 0.60 |
|  | JHP | Draft Affidavit of Christy Allred; Prepare for meeting with Christy Allred; Travel to and meet with Christy Allred; Return to office; Conference with Allen McDonald; Telephone call to Atty. Utter - left message. | 5.40 |
| 07/15/2013 | JHP | Receipt and review of correspondence from Atty. Utter; Conference with Allen McDonald; Call to Atty. Utter; Receipt and review of correspondence from Atty. Utter. | 0.60 |
| 07/16/2013 | JHP | Legal research re: settlement of class action and collective action. | 3.30 |
| 07/17/2013 | JHP | Prepare for meeting with Margo; Travel to and meet with Margo; Returned to office. | 3.70 |
| 07/18/2013 | MRF | Conference with Jim Price and Allen McDonald; Prepare notes for conversation with Greg Utter. | 2.20 |
|  | WAM | Conference with Michael Franz and Jim Price. | 1.50 |
|  | JHP | Conference with Allen McDonald and Michael Franz. | 1.50 |
| 07/19/2013 | MRF | Research on Fair Labor Standard Act personal liability cases. | 0.60 |
|  | WAM | Conference with Jim Price. | 0.40 |
|  | JHP | Exchanged multiple calls with Atty. Utter; Conference with Allen McDonald. | 0.40 |
| 07/22/2013 | MRF | Discuss case and Fair Labor Standard Act law with Allen McDonald. | 0.60 |
|  | WAM | Conference with Jim Price; Telephone conference with Atty. Utter; Attention to documents to Mr. Utter; Attention to possible settlement. | 0.70 |
|  | JHP | Prepare for call; Telephone conference with Atty. Utter. | 1.10 |
| 07/23/2013 | MRF | Discuss settlement proposal with Jim Price and Allen McDonald. | 0.30 |

Melodie Decker

Decker v. Subway

Page: 11
November 04, 2013
**File No:** DECKER-12126M
**Statement No:** 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| | WAM | Discuss settlement proposal with Jim Price and Michael Franz. | 0.30 |
| | JHP | Discuss settlement proposal with Allen McDonald and Michael Franz. | 0.30 |
| 07/24/2013 | JHP | Telephone conference with Melodie Decker, Telephone conference with Shannon Roberts. | 0.60 |
| 07/26/2013 | WAM | Telephone conference with Atty. Utter; Conference with Michael Franz. | 0.40 |
| | MRF | Discuss case with Allen McDonald. | 0.30 |
| 08/05/2013 | JHP | Telephone conference with Atty. Rickman. | 0.60 |
| 08/06/2013 | WAM | Conference with Jim Price and Michael Franz re: discovery and strategy moving forward. | 1.20 |
| | MRF | Review draft discovery; Conference with Allen McDonald and Jim Price. | 1.80 |
| | JHP | Telephone conference with Melodie Decker; Discovery planning meeting; Work on discovery requests. | 2.40 |
| 08/07/2013 | MRF | PACER research on collective actions; Draft Motion for Collective Action Certification; Review law on FLSA preemption. | 2.50 |
| 08/09/2013 | WAM | Telephone conference with Ms. Roberts re: status and hours cut. | 0.20 |
| | JHP | Telephone conference with Atty. Winters; Conference with Allen McDonald. | 1.10 |
| 08/13/2013 | WAM | Attention to Discovery and 30b6; Conference with Jim Price. | 0.60 |
| | JHP | Conference with Allen McDonald. | 0.20 |
| 08/14/2013 | WAM | Telephone conference with Atty. Utter re: deposition; Communication with Jim Price; Follow up with Utter re: depositions. | 0.30 |
| | JHP | Telephone conference with Brenda Gibbs. | 0.70 |
| 08/15/2013 | JHP | Receive and review notice of reassignment of case to Judge Varlan. | 0.20 |
| 08/21/2013 | WAM | Attention to Collective Action Certification; Conference with Michael Franz; Review case law from Sixth Circuit. | 1.00 |
| | MRF | Research on Collective Action Certification cases; Continue drafting Motion for Collective Action Certification; Discuss new case law with Allen McDonald. | 3.70 |
| 08/22/2013 | MRF | Discuss cases with Allen McDonald. | 0.20 |
| | WAM | Conference with Michael Franz. | 0.20 |
| 08/23/2013 | WAM | Conference with Jim Price re: discovery. | 0.20 |
| | JHP | Conference with Allen McDonald re: discovery. | 0.20 |
| 08/26/2013 | WAM | Conference with Jim Price. | 0.40 |

Page: 12
November 04, 2013
**File No:** DECKER-12126M
**Statement No:** 3576

Melodie Decker

Decker v. Subway

| Date | Atty | Description | Hours |
|---|---|---|---|
| | JHP | Conference with Allen McDonald re: discovery responses, etc. | 0.40 |
| 08/27/2013 | WAM | Letter to Clients re: discovery. | 0.30 |
| | WAM | Communication with Atty. Utter re: depositions and schedule order. | 0.40 |
| | MRF | Work on draft of Motion for Conditional Class Certification. | 0.60 |
| | JHP | Work on discovery plans with Allen McDonald; Receipt and review of communication from Atty. Utter; Conference with Allen McDonald. | 0.90 |
| 08/29/2013 | WAM | Conference with Jim Price; Communication with Atty. Utter; Attention to Rule 26 report and filing same. | 0.50 |
| | JHP | Finalize report of planning meeting. | 0.70 |
| 09/04/2013 | JHP | Work on discovery responses and begin to prepare for depositions. | 1.20 |
| 09/09/2013 | WAM | Attention to letter to Clients. | 0.30 |
| 09/10/2013 | MRF | Prepare 30(b)(6) Deposition Topic List; Discussion with Allen McDonald. | 1.80 |
| | WAM | Conference with Michael Franz; Attention to 30(b)(6) deposition notice. | 0.30 |
| 09/11/2013 | MRF | Complete 30(b)(6) topic list. | 0.30 |
| | WAM | Receipt and review of Notices of depositions; Attention to 30(b)(6) topics. | 0.70 |
| | JHP | Telephone conference Cydnee Harrell; Conference with Allen McDonald re: discovery schedules. | 0.80 |
| 09/12/2013 | MRF | Work on Motion for collective action certification. | 2.00 |
| 09/13/2013 | MRF | Finish drafting Motion for Collective Action Certification; Prepare Notice of 301(b)(6) Deposition; Discuss Motion to Certify with Allen McDonald; Prepare proposed Class Notice; Revise Motion and Notice. | 2.80 |
| | WAM | Receipt and review of Rule 68 offer from Defendants; Research Rule 68 offers and requirement that all Plaintiffs accept; Conference with Michael Franz. | 0.60 |
| | JHP | Received and reviewed offer of Judgment. | 0.20 |
| 09/15/2013 | WAM | Research Rule 68- can offer be conditioned upon all plaintiffs accepting. | 1.50 |
| 09/16/2013 | WAM | Continue research; Letter to clients; Conference with Jim Price re: offer, research form of acceptance and order, attention to possible negotiation while considering offer or negotiation of fee; Communication with Mr. Daugherty; Telephone conference with Atty. Bowman; Conference with Michael Franz. | 3.00 |
| | MRF | Discuss offer of judgment and related issues with Allen McDonald. | 0.20 |
| | JHP | Conference with Allen McDonald re: offer of judgment; Revise letter to clients. | 0.70 |
| 09/17/2013 | MRF | Meeting with Jim Price and Allen McDonald to discuss offer of judgment and related issues. | 1.00 |

Melodie Decker

Decker v. Subway

Page: 13
November 04, 2013
File No: DECKER-12126M
Statement No: 3576

| Date | Atty | Description | Hours |
|---|---|---|---|
| | MRF | Revise and finalize discovery requests and 30(b)(6) Notice. | 0.40 |
| | WAM | Research Rule 68 conditions on accepting offer of judgment, consider split of authority and factors determining validity of conditions; Outline issues for consideration before accepting offer or making recommendation to client; Conference with Michael Franz and Jim Price. | 5.10 |
| | JHP | Conference with Allen McDonald and Michael Franz re: offer of judgment, discovery and other matters. | 1.30 |
| | JHP | Telephone conference with Cydnee Harrell. | 0.30 |
| | JHP | Telephone conference with Lanae Hansuld. | 0.30 |
| | JHP | Telephone conference with Melodie Decker. | 0.20 |
| 09/18/2013 | MRF | Research on revocability of Rule 68 federal offers of judgment. | 0.40 |
| | WAM | Telephone conference with Atty. Buckler. | 0.30 |
| 09/23/2013 | WAM | Conference with clients discussing offer of judgment. | 1.30 |
| | WAM | Post-conference meeting with Jim Price and Michael Franz. | 0.30 |
| | MRF | Meeting with clients; Discuss settlement with Jim Price and Allen McDonald. | 1.10 |
| | JHP | Conference with Allen McDonald; Prepare for meeting; Meeting with clients re: Rule 68 offer of judgment. | 2.10 |
| | WAM | Pre-conference meeting with Jim Price. | 0.40 |
| 09/24/2013 | WAM | Telephone conference with Jim Price and Atty. Demeza; Conference with Jim Price. | 0.90 |
| | JHP | Meeting with Katie Trentham. | 0.70 |
| | JHP | Telephone conference with Atty. Demeza and Allen McDonald; Exchange correspondence with Atty Demeza. | 0.90 |
| 09/25/2013 | MRF | Conference with Allen McDonald and Jim Price; Secretary of State, UCC, and Register of Deeds searches for Subway entities and Lowe/Boike. | 1.20 |
| | WAM | Conference with Jim Price. | 0.20 |
| | WAM | Telephone conference with Atty. Utter. | 0.30 |
| | WAM | Letter to Atty. Utter. | 0.20 |
| | WAM | File Notice of Acceptance on PACER. | 0.20 |
| | JHP | Call to Atty. Utter; Receipt and review of message from Atty. Utter. | 0.40 |
| | JHP | Conference with Allen McDonald and Michael Franz; Telephone conference with Atty. Demeza. | 0.80 |

Melodie Decker

Decker v. Subway

Page: 14  
November 04, 2013  
**File No:** DECKER-12126M  
**Statement No:** 3576

|  |  | Hours |
|---|---|---|
|  | For Current Services Rendered | 304.10 |

### Expenses

| | | |
|---|---|---|
| 10/30/2012 | Postage - Certified Mail, Return Receipt Requested to the following: Foothills Subway LLC, Tri Cities Subway LLC, Chattanooga Subway LLC, John P. Boike, Five Star Subway LLC, East Tennessee Subway LLC, Subway Sandwiches and Salads, LLC, Eastern Tennessee Subway Development, Inc. and Randall E. Lowe (9 x $6.80). | 61.20 |
|  | Total Expenses | 61.20 |

### Advances

| | | |
|---|---|---|
| 10/29/2012 | Filing fee - U.S.D.C. - E.D. of Tennessee (Collective and Class Action Complaint) | 350.00 |
|  | Total Advances | 350.00 |
|  | Total Current Work | 411.20 |

**Balance Due**    $411.20

Billing History

| Fees | Expenses | Advances | Finance Charge | Payments |
|---|---|---|---|---|
| 0.00 | 61.20 | 350.00 | 0.00 | 0.00 |

**Total Balance Due**    $411.20