UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MELODIE DECKER, LANAE HANSULD, ) <br> CYDNEE HARRELL, KATIE TRENTHAM, ) <br> KIMBERLY ROSS, and SHANNON ROBERTS, ) <br> on behalf of themselves and all ) <br> others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SUBWAY SANDWICHES AND SALADS, LLC, ) <br> EASTERN TENNESSEE SUBWAY ) <br> DEVELOPMENT, INC., ) <br> CHATTANOOGA SUBWAY LLC, ) <br> EAST TENNESSEE SUBWAY LLC, ) <br> TRI CITIES SUBWAY LLC, ) <br> FIVE STAR SUBWAY LLC, ) <br> FOOTHILLS SUBWAY LLC, ) <br> JOHN P. BOIKE and RANDALL E. LOWE, ) <br> ) <br> Defendants. ) | No.: 3:12-CV-563-TAV-CCS |

## **ORDER OF REFERRAL**

It is hereby **ORDERED** that Plaintiffs' motion for attorneys' fees and costs [Doc. 32] is **REFERRED** to the Honorable C. Clifford Shirley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Rules of this Court, for disposition or for a report and recommendation as may be appropriate.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE