UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MELODIE DECKER, LANAE HANSULD, CYDNEE HARRELL, KATIE TRENTHAM, KIMBERLY ROSS, and SHANNON ROBERTS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUBWAY SANDWICHES AND SALADS, LLC, EASTERN TENNESSEE SUBWAY DEVELOPMENT, INC., CHATTANOOGA SUBWAY LLC, EAST TENNESSEE SUBWAY LLC, TRI CITIES SUBWAY LLC, FIVE STAR SUBWAY LLC, FOOTHILLS SUBWAY LLC, JOHN P. BOIKE and RANDALL E. LOWE,<br><br>Defendants. | No.: 3:12-CV-563-TAV-CCS |

## **MEMORANDUM AND ORDER**

On October 22, 2013, the Honorable H. Bruce Guyton, United States Magistrate Judge, entered a Memorandum and Order recommending that Plaintiffs' motion for attorneys' fees and costs [Doc. 32] be granted in part and denied in part and that Plaintiffs be awarded $60,710.40 in attorneys' fees and $411.20 in costs [Doc. 46]. No objections have been filed by the parties. In fact, the parties have filed a Notice of Satisfaction of Judgment in which they "stipulate that all monies owed under said judgment, including any and all attorneys' fees, expenses or costs Plaintiffs are entitled to thereunder, have been forever satisfied." [Doc. 47].

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's recommendation that Plaintiffs' motion for attorneys' fees and costs be granted in part, denied in part, and that Plaintiffs be awarded $60,710.40 in attorneys' fees and $411.20 in costs. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

**IT IS ORDERED** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that Plaintiffs' motion for attorneys' fees and costs [Doc. 32] is **GRANTED** to the extent that Plaintiffs are awarded $60,710.40 in attorneys' fees and $411.20 in costs in this matter.

ENTER:

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE